IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

DAVID C. PATKINS

             Plaintiff,                     No. 2:10-CV-03440-KJM-DAD

   vs.

R. GONZALES, et al.,

             Defendants.               ORDER

_____/

         Plaintiff has timely filed a notice of appeal from the order dated September 26, 2011 dismissing without prejudice his civil rights action under 42 U.S.C. § 1983.  Plaintiff sought relief under Section 1983 for violation of his Fourteenth Amendment rights, alleging that defendants improperly deprived him of good-time credits for a disciplinary infraction.  The court held that plaintiff could only challenge defendants' actions through a petition for habeas corpus.

         On March 9, 2012, plaintiff filed a motion to proceed in forma pauperis on appeal. Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party seeking to proceed in forma pauperis on appeal must

> "attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms, the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."

         Plaintiff has filled out Form 4 and attached it to his motion, demonstrating that he has no income or assets to pay or give security for fees and costs.  On December 10, 2012,

plaintiff filed a supplemental brief explaining the grounds for his appeal, which the Magistrate Judge granted leave to file after plaintiff omitted this information from his original motion. Plaintiff explained that he filed a petition for habeas corpus on June 28, 2012, which is still pending. *See* Case No. 2:12-cv-01718-JAM-CMK (E.D. Cal.). Plaintiff states that he filed the Section 1983 action because he was unsure of the deadline for filing a habeas petition but had requested a stay after filing his petition, which the Court of Appeals denied.

Plaintiff does not contest the grounds for this court's dismissal of his 1983 action. Because plaintiff has presented no issue for appeal, the appeal is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Accordingly, petitioner's request to proceed in forma pauperis is DENIED.

IT IS SO ORDERED.

DATED: June 4, 2013.

_____
UNITED STATES DISTRICT JUDGE